1    Stephen M. Doniger (SBN 179314)                    **JS-6**
2    stephen@donigerlawfirm.com
     Scott A. Burroughs (SBN 235718)
3    scott@donigerlawfirm.com
4    Regina Y. Yeh (SBN 266019)
     regina@donigerlawfirm.com
5    DONIGER / BURROUGHS APC
6    300 Corporate Pointe, Suite 355
     Culver City, California 90230
7    Telephone: (310) 590-1820
8    Facsimile:  (310) 417-3538

9    Attorneys for Plaintiff

10

11              **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13   EKB TEXTILES, INC., a California      Case No.:  CV10-04263 JST (PJWx)
     Corporation,                          *Hon. Josephine Staton Tucker Presiding*
14
15   Plaintiff,                            **ORDER ON STIPULATION TO**
                                           **DISMISS ACTION PURSUANT TO**
16   v.                                    **FED. R. CIV. P. 41(a)(1)(A)(ii)**

17
18   KELLWOOD COMPANY, INC., a
     Delaware Corporation; JC PENNEY
19   COMPANY, INC., a Texas Corporation;
     ZELOUF INTERNATIONAL CORP., a
20   New York Corporation; and DOES 1-10,
21   inclusive,

22   Defendants.

23

24

25   / / /
26   / / /
27   / / /
28
                              1
         [PROPOSED] ORDER ON PARTIES' STIPULATION TO DISMISSAL

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.  This Action is dismissed in its entirety with prejudice subject to the terms and conditions of the confidential settlement agreement entered into among the parties; and

2.  Each party is to bear its own costs and fees against one another in this matter.

IT IS SO ORDERED.

Dated: June 10, 2011          By:      **JOSEPHINE STATON TUCKER**
                                       JOSEPHINE STATON TUCKER
                                       U.S. DISTRICT COURT JUDGE